IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>MARISSA HALL<br>SSN: XXX-XX-6535<br><br><br><br><br>Debtor(s) | Case No. 18-30807-WRS<br>Chapter 13 |

**PURSUANT TO LOCAL RULE 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF THE DATE OF SERVICE. RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND, IN THE MANNER DIRECTED BY LOCAL RULE 5005-1, FILED WITH THE CLERK ELECTRONICALLY OR BY U.S. MAIL ADDRESSED AS FOLLOWS: CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, AL 36104.**

This pleading is being filed and noticed pursuant to M.D. Ala., LBR 9007-1 procedures for the following: Trustees objection to claim of exemptions pursuant to Rule 4003(b), Federal Rules of Bankruptcy Procedure.

### TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTIONS

COMES NOW, the Trustee, by and through the undersigned counsel, and objects to the debtor(s) claim of exemptions. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on March 20, 2018.
2. The debtor(s) §341 Meeting of Creditors was held May 03, 2018.
3. This objection is timely filed pursuant to Federal Bankruptcy Rule 4003(b).
4. The debtor(s) has claimed personal property exemptions pursuant to §6-10-6, <u>Code of Alabama</u>, that exceed the §6-10-6 limit.

WHEREFORE, the above premises considered, Trustee respectfully requests the Court deny the debtor(s) claim of exemptions as filed.

Respectfully submitted this Thursday, 17 May, 2018.

                     Sabrina L. McKinney
                     Chapter 13 Standing Trustee

                     By:<u>/s/ *Sabrina L. McKinney*</u>

Office of the Chapter 13 Trustee       Sabrina L. McKinney
P.O. Box 173                Chapter 13 Standing Trustee
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: 13Trustee@ch13mdal.com

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Exemptions on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this Thursday, 17 May, 2018.

Copy to: DEBTOR(S)
      RICHARD D SHINBAUM

/s/ *Sabrina L. McKinney*
Sabrina L. McKinney
Chapter 13 Standing Trustee